
RECEIVED
IN LAKE CHARLES, LA
OCT 31 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV INC. | : | DOCKET NO. 2:03 CV 2186 |
| VS. | : | JUDGE MINALDI |
| AUSTIN THOMAS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that a default judgment is GRANTED against Austin Thomas and in favor of Directv, Inc. The court finds Thomas liable of violating 47 U.S.C. §605(a).

IT IS ORDERED that there be judgment against Austin Thomas in the statutory amount of $10,000.00, along with costs and disbursements of $316.95 and attorneys' fees in the amount of $2,986.00, amounting to the sum of $13,302.95, plus post judgment interest at the legal rate in effect to accrue from the date of judgment until paid.

Lake Charles, Louisiana, this ___ day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE